## IN THE UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF GEORGIA
## MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | )   CASE NO. 5:21-CR-24 (MTT) |
| | ) |
| SCOTT RUSMISEL, | ) |
| | ) |
| Defendant. | ) |
| | ) |

### ORDER

The defendant, through his counsel, has moved to continue this case until the next trial term.  Doc. 18.  The defendant was indicted on May 11, 2021 and had his arraignment in this Court on July 6, 2021.  Docs. 1; 9.  No prior continuances have been granted.  The defendant, through his counsel, now moves the Court to continue this case to the next trial term to allow additional time for defense counsel to receive discovery.  Doc. 18 at 1.  The government does not oppose the motion.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial.  Accordingly, the motion (Doc. 18) is **GRANTED**.  The case is continued from the August term until the Court's trial term presently scheduled for **September 13, 2021**.  The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

**SO ORDERED**, this 23rd day of July, 2021.

S/ Marc T. Treadwell
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT